UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAMUEL NEVAREZ,<br><br>　　　　　　Defendant. | Case No.: 19CR480-JLS<br><br>**ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Based upon the unopposed motion filed by the defendant, **IT IS HEREBY ORDERED THAT** Mr. Nevarez's supervised release be terminated.

IT IS SO ORDERED.

DATED: August 31, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge

16CR2369-AJB